May 14, 2004

Mr. Dennis M. Conrad
Cotten Schmidt, L.L.P.
420 Throckmorton Street, Suite 500
Fort Worth, TX 76102-3721

Mr. Christopher Michael Portner
Reaud Morgan & Quinn, L.L.P.
P.O. Box 26005
Beaumont, TX 77720-6005
Mr. J. Kevin Clark
Cotten Schmidt, L.L.P.
420 Throckmorton Street, Suite 500
Fort Worth, TX 76102-3721

RE: Case Number: 03-0464
 Court of Appeals Number: 09-03-00195-CV
 Trial Court Number: E-159,183

Style: IN RE E.I. DU PONT DE NEMOURS AND COMPANY

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne Flores|
| | |
| |Honorable Donald J. |
| |Floyd |